NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com
ATTORNEY(S) FOR:  Plaintiff

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RUBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>JEA MANAGEMENT SERVICES D/B/A COVERED AUTO<br><br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    JACOB RUBIN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| N/A | |

| | |
|---|---|
| 7/28 | /s/ Alex N. Jilizian |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

JACOB RUBIN (Plaintiff)

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**