## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACOB RUBIN | CASE NUMBER: |
| **PLAINTIFF(S)** | 2:26–cv–08325–AH–KS |
| v. | |
| JEA MANAGEMENT SERVICES | |
| **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed          Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments # 1 Civil Cover Sheet, Attachment # 3 Notice of Interested Parties, Summons should not have been attached to Docket Entry No.1 Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated:  July 31, 2026          By:  _/s/ Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov_
                                        Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –