Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

*Attorney for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACOB RUBIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JEA MANAGEMENT SERVICES D/B/A COVERED AUTO**<br><br>*Defendant.* | Case No. 2:26-cv-08325-AH-KS<br><br>**NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of September, 2026.

By: *<u>/s/ Alex N. Jilizian</u>*
Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com